RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/12/09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:09CR00291 |
| | * | 18 U.S.C. § 471 |
| VERSUS | * | 18 U.S.C. § 472 |
| | * | |
| DOMINIC JAMAL WILLIAMS | * | JUDGE MINALDI |

**INDICTMENT**                              MAGISTRATE JUDGE KAY

**THE GRAND JURY CHARGES:**

### COUNT 1
### Counterfeiting and Forging
### Obligations or Securities of the United States
### 18 U.S.C. § 471

From a date unknown to the Grand Jury until on or about May 29, 2009, at or near Lake Charles, Louisiana, in the Western District of Louisiana, the defendant, DOMINIC JAMAL WILLIAMS, with intent to defraud, did falsely make, forge, alter and counterfeit an obligation of the United States, that is, a falsely made, forged and counterfeited twenty-dollar Federal Reserve Notes, in violation of Title 18, United States Code, Section 471. [18 U.S.C. § 471].

### COUNT 2
### Counterfeiting and Forging
### Obligations or Securities of the United States
### 18 U.S.C. § 471

From a date unknown to the Grand Jury until on or about May 29, 2009, at or near Lake Charles, Louisiana, in the Western District of Louisiana, the defendant, DOMINIC JAMAL WILLIAMS, with intent to defraud, did falsely make, forge, alter and counterfeit an obligation of the United States, that is, a falsely made, forged and counterfeited one hundred dollar Federal Reserve Notes, in violation of Title 18, United States Code, Section 471. [18 U.S.C. § 471].

**COUNT 3**
**Possessing Counterfeit Obligations and Securities**
**of the United States**
**18 U.S.C. § 472**

On or about January 5, 2009, at or near Lake Charles, Louisiana, in the Western District of Louisiana, the defendant, DOMINIC JAMAL WILLIAMS, with intent to defraud, did keep in his possession and conceal, falsely made, forged and counterfeited obligations of the United States, that is, seven (7) Federal Reserve Notes in the denomination of one hundred dollars, Series of 2003, Serial Number FF56549837B, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472. [18 U.S.C. § 472].

**COUNT 4**
**Possessing Counterfeit Obligations and Securities**
**of the United States**
**18 U.S.C. § 472**

On or about May 29, 2009, at or near Lake Charles, Louisiana, in the Western District of Louisiana, the defendant, DOMINIC JAMAL WILLIAMS, with intent to defraud, did keep in his possession and conceal, falsely made, forged and counterfeited obligations of the United States, that is, fifteen (15) Federal Reserve Notes in the denomination of one dollar, Series of 2003, Serial Number K46917610G and ten (10) counterfeit Federal Reserve Notes in the denomination of five dollars, Series of 2003, Serial Number FB03509773 which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472. [18 U.S.C. § 472].

A TRUE BILL:

F( REDACTED URY

DONALD W. WASHINGTON
United States Attorney

By: _____
DANIEL J. McCOY, ID # 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618